SMITH, Respondent, v. PEENE et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Walter Smith, an infant, by Joseph Smith, his guardian ad litem, against Stephen A. Peene and William H. Davidson. No opinion. Judgment and order of the City Court of Yonkers unanimously affirmed, with costs.

SNYDER v. DE FOREST WIRELESS CO. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Henry B. Snyder against the De Forest Wireless Company. No opinion. Motion denied, with $10 costs. Order filed.

SNYDER, Respondent, v. De FOREST WIRELESS TELEGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Henry ·B. Snyder, suing, etc., against the De Forest Wireless Telegraph Company and others. J. J. Adams, for appellants. R. Foster, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SOLOMONS, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Joseph R. Solomons against Frank W. Boyer. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SONNENSTRAHL et al., Respondents, v. SCHWETTMANN, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Henry Sonnenstrahl and Abraham Sonnenstrahl, copartners, against William H. Schwettmann. No opinion. Judgment of the Municipal Court affirmed, with costs.

SPADONE, Appellant, v. WARREN, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906. Action by Amadee Spadone against Harry D. Warren. J. M. Bowers, foi appellant. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPAULDING, Respondent, v. WOLFE, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Carrie N. Spaulding against Harry Wolfe. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Fechter v. Postel (decided by this court July 24, 1906) 100 N. Y. Supp. 207.

In re SPERANZA. WALSH v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In an action by Charles Walsh against the city of New York. W. H. Harding, Jr., for Speranza. B. Patterson, for Walsh. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPITZ, Respondent, v. HEINZE et al., Appellants. Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Theodore P. Spitz against Otto C. Heinze and others. D. P. Hays, for appellants. J. M. Bowers, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SPRAGUE, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by John T. Sprague against the city of New York and the department of health of the city of New York. No opinion. Judgment affirmed, with costs.

SPRING GARDEN INS. CO., Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by the Spring Garden Insurance Company against Remi Miller. No opinion. Order affirmed, with costs.

STANLEY, Respondent, v. STANLEY, Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Action by Sarah Taylor Stanley against James William Stanley. No opinion. Motion denied. Defendant may, within 20 days, serve copies of appeal papers upon plaintiff's attorney, with written corrections as to the matters specified by plaintiff's attorney in his letter of July 13th, excepting as to specifications therein 1, 2, 3, 4, and 7.

STANNARD v. ROBERT H. REID & CO. (Supreme Court, Appellate Division, First Department, October 12, 1906.) Action by Ambrose B. Stannard against Robert H. Reid & Co. No opinion. Motion denied, with $10 costs. Order filed.

STANTON, Respondent, v. GENERAL ACCIDENT ASSUR. CORP., Limited, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by John Stanton against the General Accident Assurance Corporation, limited, etc.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant shall, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal, as provided by rule 41, and pay to the respondent's attorney $10 costs of this motion, and, at the option of the respondent, submit said appeal, as of the present term, upon such printed papers; in which event the motion is denied.

In re STERN. (Supreme Court, Appellate Division, First Department. June 15, 1906.) In the matter of Charles E. Stern. No opinion. Reference ordered. Settle order on notice.

STEVENS v. McADOO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Lawrence Stevens against William McAdoo. No opinion. Motion granted. Settle order on notice.

STILWELL, Respondent, v. BETHEL, Appellant. (Supreme Court, Appellate Division,